```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 16258
   ANTHONY SIMMON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1061


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/06/2007 and was confirmed 02/27/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/26/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
CHRYSLER CREDIT CORP      SECURED VEHIC     3000.00          92.89         971.42
RESCAP MORTGAGE           CURRENT MORTG        .00             .00            .00
RESCAP MORTGAGE           MORTGAGE ARRE        .00             .00            .00
HSBC MORTGAGE SVCS        CURRENT MORTG        .00             .00            .00
HSBC MORTGAGE SERVICES    UNSECURED       NOT FILED           .00            .00
BI ANESTHESIA             UNSECURED       NOT FILED           .00            .00
CAPITAL ONE               UNSECURED        3004.12            .00          47.11
AT & T WIRELESS           UNSECURED       NOT FILED           .00            .00
CREDIT ONE BANK           UNSECURED       NOT FILED           .00            .00
DELL FINANCIAL SERVICES   UNSECURED        1169.69            .00          18.34
ECAST SETTLEMENT CORP     UNSECURED         811.26            .00            .00
METRO CENTER FOR HEALTH   UNSECURED       NOT FILED           .00            .00
ST FRANCIS HOSPITAL       UNSECURED       NOT FILED           .00            .00
ST FRANCIS HOSPITAL       UNSECURED       NOT FILED           .00            .00
SURGICAL CONSULTANTS LTD  UNSECURED       NOT FILED           .00            .00
RESCAP MORTGAGE           MORTGAGE NOTI   NOT FILED           .00            .00
HSBC MORTGAGE SVCS        MORTGAGE ARRE     209.95            .00         209.95
DELL FINANCIAL SERVICES   SECURED NOT I    1193.69            .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED         801.66            .00            .00
ROUNDUP FUNDING LLC       UNSECURED         593.02            .00            .00
AMERICASH LOANS LLC       UNSECURED        1852.69            .00          29.05
LEGAL REMEDIES CHARTERED  DEBTOR ATTY      2,774.00                      2,774.00
TOM VAUGHN                TRUSTEE                                          354.24
DEBTOR REFUND             REFUND                                           514.00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       5,011.00

PRIORITY                                              .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 16258 ANTHONY SIMMON
```

```
SECURED                                                          1,181.37
    INTEREST                                                        92.89
UNSECURED                                                           94.50
ADMINISTRATIVE                                                   2,774.00
TRUSTEE COMPENSATION                                               354.24
DEBTOR REFUND                                                      514.00
                                      ---------------      ---------------
TOTALS                                       5,011.00             5,011.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/25/09                           /s/ Tom Vaughn
                                          _____
                                          TOM VAUGHN
                                          CHAPTER 13 TRUSTEE










                                PAGE   2
            CASE NO. 07 B 16258 ANTHONY SIMMON